# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

**v.**

**DAVID KURZ**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:17-mj-00391-DML

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Counts One through Two: Between on or about July 18, 2014 and on or about July 19, 2014, in Shelby County, in the Southern District of Indiana, DAVID KURZ knowingly used minor child 1 and 2 to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, in violation of 18.U.S.C. § 2251(a);

Count 3: Between in or about 2012 and on or about May 25, 2017, in Shelby County, in the Southern District of Indiana, DAVID KURZ knowingly received visual depictions of minors engaging in sexually explicit conduct, in violation of Title 18 U.S.C. § 2252A(a)(2); and

Count 4: Between in or about 2012 and on or about May 25, 2017, in Shelby County, in the Southern District of Indiana, DAVID KURZ knowingly possessed a computer storage device containing visual depictions of minors engaging in sexually explicit conduct, in violation of Title 18 U.S.C. § 2252A(a)(5)(B).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

**Continued on the attached sheet and made a part hereof.**

TFO Donald Whitehead, FBI

**Sworn to before me, and subscribed in my presence**

May 25, 2017
**Date**

at Indianapolis, Indiana

Debra McVicker Lynch, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

SCANNED

# AFFIDAVIT

I, Donald L. Whitehead, a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state as follows:

1. **Affiant**: I have been employed as a police officer for 38 years. I retired in February of 2012 from the Kokomo Police Department after 27 ½ years of service and I am currently employed as an Investigator at the Howard County Prosecutor's Office. I have been assigned to the Indianapolis Child Exploitation Task Force, which includes crimes against children cases, for the past 5 years. As a Task Force Officer with the FBI, I have investigated federal criminal violations including crimes against children, child exploitation, and child pornography. I have participated in the investigation and prosecution of approximately 100 cases involving child exploitation or abuse.

2. **Experience and Training**: For approximately the past 13 years, including my time with the Kokomo Police Department and a Task Force Officer with the FBI, I have attended multiple Crimes Against Children conferences and have taken numerous courses relating to online sexual exploitation of children investigations. I am a member of the Indiana Internet Crimes Against Children (ICAC) Task Force since approximately 2004, a task

force whose work focuses on child exploitation cases and includes numerous federal, state, and local law enforcement agencies.

3. **Information**: The statements in this affidavit come from on my personal observations, my training and experience, my investigation of this matter, and information obtained from other agents and witnesses. Because this affidavit is for the limited purpose of securing an Arrest Warrant and Criminal Complaint, I have not included every fact known to me concerning this investigation. I have set forth the facts that I believe necessary to establish probable cause to believe that **David Kurz (Kurz)**, DOB 1964, has committed the following criminal offenses:

4. **Counts One through Two**: Between on or about July 18, 2014 and on or about July 19, 2014, in Shelby County, in the Southern District of Indiana, Kurz knowingly used minor child 1 and 2 to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, in violation of 18.U.S.C. § 2251(a);

5. **Count 3**: Between in or about 2012 and on or about May 25, 2017, in Shelby County, in the Southern District of Indiana, Kurz knowingly received visual depictions of minors engaging in sexually explicit conduct, in violation of Title 18 U.S.C. § 2252A(a)(2); and

6. **Count 4**: Between in or about 2012 and on or about May 25, 2017, in Shelby County, in the Southern District of Indiana, Kurz knowingly possessed a computer storage device containing visual depictions of minors engaging in sexually explicit conduct, in violation of Title 18 U.S.C. § 2252A(a)(5)(B).

7. **Original Investigation**: Beginning in October of 2014, the Violent Crimes Against Children Section, Major Case Unit (MCCU) received information from Yahoo that several Yahoo users were using its services to produce and sell child pornography and/or live-stream sexual webcam shows of minors (Seller Accounts) to other Yahoo users who purchased this material (Buyers Accounts).

8. **Wire Transfer Records**: As part of this investigation, MCCU served Federal search warrants on Yahoo for several Seller Accounts in the Philippines. Pursuant to Federal Grand Jury subpoenas issued in June 2015 and August 2015, MCCU obtained financial wire transfers records from Western Union for transactions.

9. A search of the records from Western Union identified 21 wire transfers from 10/03/2013 through 08/30/2014, each in the amount of $15.00 to $40.00. The sender in each case was David Kurz, who gave his address as 2205 Woodleaf Road Apartment 12F, Salisbury, North Carolina 28147. He also provided the telephone number 317-443-8770, which has an area code for Indiana, not North Carolina. He sent these wire transfers to various individuals in the Philippines.

10. **Telephone number 317-443-8770**: An open source information associates this telephone number with David Kurz in the Indianapolis area. He has used this number for many years.

11. **Casandraroyphilipps@yahoo.com**: MCCU reviewed the Seller Account casandraroyphilipps@yahoo.com, which was obtained pursuant to a

Federal search warrant executed on Yahoo on October 13, 2015. The Seller Account contained Yahoo Messenger chats from approximately July to December 2014, showing communications between the Seller and davidkurz2001. In these chats, Kurz using davidkurz2001 paid for the production and receipt of live webcam shows and images involving the sexual exploitation of multiple minors. It appears, based on these chats, davidkurz2001 received these shows and pictures on multiple occasions.

12. The affiant has reviewed the communications contained in casandraroyphillipps@yahoo.com. There are multiple records in the account showing that it was used to sell to customers newly made and live streamed child pornography involving minors in the Philippines.

13. In a message dated 10/03/2014, davidkurz2001 confirmed with cassandraroyphillipps@yahoo.com that his name was David Kurz and he was from the USA.

14. According to Yahoo, the email address davidkurz2001@yahoo.com was created on August 25, 2002 with a listed address of 3410 Brandonburg Blvd, Indianapolis, Indiana and the telephone number 317-443-8670. Yahoo also provided a reference to his Facebook page under number 100000821946838.

15. **July 18-19, 2014**: A review of these Seller Accounts revealed one account, davidkurz2001@yahoo.com, was believed to be operated by David

Kurz, who now lives in Shelbyville, Indiana. The account was used to purchase sexually explicit webcam shows and image of two 14 and 15-year-old minors.

16. **Child 1 on July 18-19, 2014**: The victim minor is identified in the chat as a 14 or 15-year-old girl (Child 1). The Seller states that they are in a café, but can start the video show in 15 minutes. The cost is $15, to be sent through Western Union. An addition $5 will pay for images files as well. Child 1 was identified by her first name. After the show starts, Kurz recognized her and said that he thought that he had seen her before. He said that he liked her.

17. Kurz gave specific instructions to pull Child 1's panties aside and then take pictures. He ordered the camera operator to have Child 1 remove all of her clothing. He discussed the clarity of the images and gives several instructions concerning what should happen to the victim. These communications provide probable cause to believe that Kurz, the camera operator, and the Seller conspired to sexually exploit the child to send the resulting webcam session and images files to Kurz, in exchange for money. This conduct violated 18 U.S.C. § 2251(a)(sexual exploitation of a child), 2252 and 2252A(child pornography trafficking), among other statutes.

18. I know from my training and experience that a webcam performance can be captured for later viewing and then stored as a computer file.

19. During the chat, Kurz sent money to the Seller through a Western Union wire transfer with a specific tracking number and name provide by Kurz

in the chat. The pick up instruction state that "[Seller name redacted]" will need to present a government issued identification to pick up the funds, along with the tracking number provide by Kurz.

20. Later in the chat, Kurz stated that he received some of the images.

21. **Child 2 on July 18-19, 2014**: The Seller then offered to have Kurz purchase additional material involving Child 2, who is identified as a 14-year-old cousin. The Seller stated that Child 2 was present with them. Child 2 was identified by first name as well.

22. The Seller stated that this was the Child 2's birthday, for which Kurz could send additional funds. Kurz directed the Seller to have Child 2 remove her bra and shorts, put on a blue top, and pose in various ways. The cost for the session with Child 2 was also $20.

23. During the second chat, Kurz sent money to the Seller through a Western Union wire transfer with a specific tracking number and name provided by Kurz in the chat. The pick up instruction stated that "[Seller name redacted]" will need to present a government issued identification to pick up the funds, along with the second tracking number provided by Kurz.

24. During the chat, the Seller stated that Child 2 has turned 15-years-old.

25. **Child 3 on October 3, 2014**: Several months later, the Seller offered to have Kurz purchase another video and photo session, this time of Child 3. In this case, the Seller told Kurz to send the money to "[Second Seller

address after picking up the money. Kurz provided his name (David Kurz) and email address in the chat.

30. **October 10, 2014**: The Seller asked Kurz if he wanted additional pictures, but there was no response that day in chat log reviewed by your affiant.

31. **October 17, 2014**: The Seller asked Kurz if he wanted additional pictures of another victim (Child 4). There was another discussion of sending money in exchange for pictures.

32. **December 4, 2014**: The Seller told Kurz the Seller missed him and asked if he wants additional pictures sent to his email address. Kurz asked what pics and the Seller responded a "hot staff", a "honey" and "lots of video". Kurz said "right now no". When the Seller why, Kurz responded "maybe Saturday" and that he had to go right then. They then have a back-and-forth discussion about sending money for picture on prior occasions.

33. **Cybertips**: On a regular and periodic basis, internet service providers and social networking providers like Yahoo provide information to the National Center for Missing and Exploited Children (NCMEC).

34. For example, if an individual using a Yahoo email account uploaded images of child pornography to an email, then Yahoo may became aware of the images the use of their servers to transfer and store the illegal material. Businesses like Yahoo have strong business

interests to prevent the use of their servers to further the sexual exploitation of children.

35. **Littleschool.girl@yahoo.com**: MCCU reviewed the Seller Account Littleschool.girl@yahoo.com, which was obtained pursuant to a Federal search warrant executed on Yahoo. The Seller Account contained Yahoo Messenger chats in September 2014, showing communications between the Seller and davidkurz2001.

36. In these chats, Kurz using davidkurz2001 paid for the production and receipt of live webcam shows and images involving the sexual exploitation of multiple minors. It appears, based on these chats, davidkurz2001 received these shows and pictures on multiple occasions.

37. The affiant has reviewed the communications contained in **Littleschool.girl@yahoo.com**. There are multiple records in the account showing that it was used to sell to customers newly made and live streamed child pornography involving minors in the Philippines.

38. The affiant has reviewed communication between Kunz and this Seller. There were 27 chats in September 2014. The content of the communication.

39. The user of this Littleschool.girl@yahoo.com stated that she also uses the user names young.123 and cassandraroyphillip. On September 11, 2014, she offered to provide a young girl for a show and pictures. Kurz responds, no maybe another time. He explained he was going to bed at that time. She states that she send him the images and referenced an email

address. He responsed, "yes" and [I] remember". She told him that she had 150 new pictures to send to him, and he responded "maybe tomorrow". After pleading for more money, he said yes and tomorrow. The communication eventually ends without a Western Union pick up instruction or tracking number.

40. **2015 Cybertip**: MCCU later received a CyberTip Report (CTR) from the National Center for Missing and Exploited Children (NCMEC) CyberTip Report 7311322 regarding davidkurz2001@yahoo.com. Yahoo user "[Third Seller name redacted]" used the email address Laysa_decastro@yahoo.com to send 8 images Yahoo identified as child pornography to davidkurz2001@yahoo.com. The related email message was sent on January 6, 2015.

41. I have reviewed the 8 images sent to davidkurz2001@yahoo.com to reenact the prior observations by Yahoo personnel. The images show the same nude minor female. She is posing in various positions exposing her vagina in a bedroom. The images show her genital and pubic area, including closer images of that area of her body. She appears to be Asian. From the various camera angles, the images were likely taken by another person as part of a series. The bedroom is very poorly decorated and consistent with the type of location used

by a person of very limited financial means. This is also likely the type of child pornography that Kurz has commissioned and purchased in the past.

42. The originating IP address of the Yahoo email message sent to Kurz was 106.10.150.27, which geo-locates to an Internet service provider in the Singapore.

43. Yahoo provided the IP address used by davidkurz2001@yahoo.com (68.38.93.0), which was assigned to Comcast Cable in Shelbyville, Indiana. The service address was 758 West McKay Road Apartment 2, Shelbyville, Indiana. This is Kurz's former address, before he recently moved to the Subject Premises.

44. In response to an administrative subpoena, on or about 01/29/2016, Yahoo provided subscriber information and IP connection logs regarding davidkurz2001@yahoo.com. David Kurz from Indianapolis, Indiana 46239 was listed as the subscriber for this account with the additional identifiers of Facebook account 100000821946838 and telephone number 317-443-8670.

45. **BMV Records**: As of May 18, 2017, current Indiana BMV records show that David Kurz has a mailing address at 758 West McKay Road Apartment 2, Shelbyville, Indiana. He provided BMV with this address in June of 2016. His legal address is listed as 7850 Maureen Terrace, Indianapolis, Indiana before that in September of 2012. One of vehicles, a Chevrolet

name redacted]" through Western Union. The cost was $25. However, he later sent $30.

26. Kurz instructed the Seller to have Child 3 wear a certain top and then remove her clothing. He told the Seller to pose the child on a couch, so that he "could see her ass" and then have her turn over. The Seller and Kurz engage in a back-and-forth series of steps about how to pose the victim. At one point, Kurz stated that "next week" she can wear a school uniform.

27. Kurz also stated in the chat that "I would like to visit you sometime". The Seller agreed with this idea. Still later, the Seller stated that Kurz will be a "regular customer" and offered to get Kurz lots more girls for him.

28. The Seller asked Kurz what age is favored, but he did not respond.

29. Kurz stated in the chat that he also sent money to the same Seller on September 26, 2014. The Seller promised to send all pics to his email

Camaro, is registered to this legal address and mailing address on McKay Road.

46. **North Carolina Address**: According to North Carolina BMV records, between January 31, 2011, through November 1, 2011, he lived in that state 2205 Woodleaf Road, Apartment 12F, Salisbury, North Carolina. It appears he used this former address in connection with the Western Union Wire transfers in 2014.

47. **McKay Road Address in Indiana**: On December 4, 2016, your affiant conducted surveillance and took photographs at 758 West McKay Road Apartment 2, Shelbyville, Indiana 46176. A black Chevrolet Camaro bearing Indiana license number VUO470 was parked in front of the apartment. This car was registered to David Kurz.

48. On December 7, 2016, the US Postal Service confirmed that David Kurz received mail at that time at 758 West McKay Road Apartment 2, Shelbyville, Indiana.

49. **Subject Premises in Indiana**: Later on May 18, 2017, the US Postal Service confirmed that David Kurz now receives mail at the Subject Premises. He filed a permanent individual change of address form, effective April 6, 2017 from his prior address on McKay Road to the Subject Premises.

50. **SA Johnson**: SA Michael Johnson with the Department of Homeland Security, Homeland Security Investigations ("HSI") is currently assigned to the Office of the Resident Agent in Charge, Indianapolis, Indiana (RAC/IP). He has been employed as a Special Agent with HSI since February of

2006. Before being appointed as a Special Agent with HSI, he was a Police Officer for the City of Indianapolis for approximately eleven years. The last four years, he was assigned to a federal task force. During his experience with both agencies, he has been involved in numerous investigations, including those involving production, advertising, distribution and possession of child pornography. He has had training through the Federal Law Enforcement Training Center, HSI, the Indiana State Police, Office of Juvenile Justice Prevention, the United States Attorney's Office, and Project Safe Childhood in investigating computer related crimes and child exploitation. Since being employed with HSI, he was temporarily assigned to HSI's Cyber Crimes Center (C3). During that assignment, he worked on active undercover cyber investigations as well as the cataloging of over 2,000,000 images and videos of child pornography. He has been involved in over 500 investigations pertaining to the sexual exploitation of children.

51. **Travel History**: According to the Department of Homeland Security, David Alan Kurz traveled to Japan on June 28, 2013 and returned on July 14, 2013.

52. From my training and experience, and upon consultation with SA Michael Johnson of HSI, travel to Philippines may involve a flight to and from Japan during transit. A person seeking to avoid detection of their child sex tourism will travel to Japan and then book separate flights to and from the

Philippines to hide travel intentions. According to SA Johnson, the Philippines is a common destination for child sex tourism.

53. He also traveled from the Dominican Republic to Atlanta, Georgia on July 12, 2014. According to SA Johnson, the Dominican Republic is a common destination for child sex tourism.

54. **Search and Interview on May 25, 2017**: The affiant and other law enforcement officers executed a federal search warrant at Kurz's residence on May 25, 2017 (Subject Premises).

55. David A. Kurz was interviewed during the search. After being advised of his *Miranda* rights, Kurz provided the following information:

56. His cell number is 317-443-8670, which is the one listed above.

57. Kurz is married, but currently separated from his wife. She currently lives in Florida with her twin 14-year-old children. He is the only person living at the Subject Premises.

58. Kurz admitted that he has a sexual interest in children which began approximately 5 years ago. At that time, he was offered to purchase a live "show" with a minor participant through video chat room. Before that, he said that he would purchase live sex shows featuring adult participants.

59. Kurz began purchasing live sex shows involving minor girls in 2014 and has regularly done so since that time. He described the content as inappropriate and said the minors were underage. His most recent sex show was purchased as recently as two days ago, on May 23, 2017.

60. Kurz would contact persons through Skype, where he chatted with

them and viewed the "shows".

61. Kurz spends approximately $120- 150 a week on these "shows". The price ranges from $15-30 each. Kurz uses Western Union and Moneygram to transfer funds to the child, or adult providing the child to perform. Kurz also instructs the minor girls what to do during the live shows, including exposing her breasts and vagina.

62. Kurz stated he uses software to record each event. He then keeps the files on his computer and portable storage devices. He estimated that he has "hundreds" stored at the present time. Kurz does masturbate while watching these "shows".

63. Kurz has traveled to the Philippines and the Dominican Republic. However, he denies any sexual contact with minors at any time. Kurz also denied sharing or trading any material.

64. Kurz also admitted to receiving images of child pornography, including from his contacts in the Philippines through his email account.

65. During a limited triage of the computers and storage media recovered during the search, the forensic examiners found multiple image and videos relating the sexual exploitation of Child 1 and Child 2. The dates of these videos and the name of the Seller was consistent with the chat logs noted above.

66. The Forensic examiners also recovered numerous child pornography images and videos, including material showing sadistic or masochistic abuse or other depictions of violence involving prepubescent

minors. The child pornography included multiple forms of sexually explicit conduct.

67. The child pornography was received through interstate or foreign commerce.

68. **Conclusion**: Based on the above facts, I believe probable cause that Kurz has committed the listed offenses.

Donald L. Whitehead
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn before me this 25th day of May, 2017.

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana